UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIECE H.,[1]<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.:  22cv1833-W (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER [ECF NO. 7]** |

On January 27, 2023, the parties filed a "Joint Motion for a 45-Day Extension for Defendant to File Certified Administrative Record and Answer." (ECF No. 7.) They ask the Court to continue Defendant's deadline to file the Certified Administrative Record ("CAR") and answer Plaintiff's Complaint from January 27, 2023, to March 13, 2023. (Id. at 1–2.)  In support, the parties explain the Office of Appellate Operations, which handles preparation of CARs, needs more time to ensure the CAR in this case is properly filed.  (Id. at 2.)

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

1

Having reviewed the joint motion and finding good cause, the Court **GRANTS** the motion. Accordingly, Defendant is **ORDERED** to file the CAR and answer Plaintiff's complaint **no later than March 13, 2023.**

**IT IS SO ORDERED.**

Dated: January 30, 2023

_____
Honorable Michael S. Berg
United States Magistrate Judge